

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TRIEU NGHI NGUYEN HOANG,<br><br>*Defendant.* | Case No. 1:20-CR-266 (LMB)<br><br>Count 1: 21 U.S.C. §§ 841(a) and 846<br>Conspiracy to Distribute Controlled Substances<br><br>Forfeiture Notice |

## CRIMINAL INFORMATION

COUNT ONE

*Conspiracy to Distribute Controlled Substances*

THE UNITED STATES ATTORNEY CHARGES THAT:

Beginning in or around May 2019, and continuing thereafter up to and including September 11, 2019, the exact dates being unknown, in Fairfax County, Virginia, within the Eastern District of Virginia, and elsewhere, the defendant, TRIEU NGHI NGUYEN HOANG, and others did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree, to unlawfully, knowingly, and intentionally distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(In violation of Title 21, United States Code, Section 846).

## FORFEITURE NOTICE

Pursuant to Fed.R.Crim.P. 32.2(a), the defendant, TRIEU NGHI NGUYEN HOANG, is hereby notified that if convicted of the controlled substance offense alleged in Count 1 of the Information, he shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), the following: (1) any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation; and (2) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

Pursuant to Fed.R.Crim.P. 32.2(a), the defendant, TRIEU NGHI NGUYEN HOANG, is hereby notified that if convicted of the controlled substance offense alleged in Count 1 of the Information, he shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in the offense.

(CONTINUED ON THE FOLLOWING PAGE)

Pursuant to 21 U.S.C. § 853(p), TRIEU NGHI NGUYEN HOANG, shall forfeit substitute property, if, by any act or omission of TRIEU NGHI NGUYEN HOANG, the property referenced above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

(Pursuant to Title 21, United States Code, Section 853; Title 18 United States Code, Section 924(d); Title 28 United States Code, Section 2461(1); and Fed. R. Crim. P. 32.2(a).)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

Date: December 8, 2020      By: _____
                            Bibeane Metsch
                            Jay V. Prabhu
                            Assistant United States Attorneys