FILED IN OPEN COURT

DEC - 8

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TRIEU NGHI NGUYEN HOANG,<br><br>*Defendant.* | Case No. 1:20-CR-266 (LMB) |

## STATEMENT OF FACTS

The United States and the defendant, TRIEU NGHI NGUYEN HOANG (hereinafter, "the defendant"), agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. From at least in or about May 2019 through at least in or about September 11, 2019, in the Eastern District of Virginia and elsewhere, the defendant did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree, to unlawfully, knowingly, and intentionally distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

2. During the course and in furtherance of this conspiracy, the defendant was personally involved in the distribution of, or it was reasonably foreseeable to the defendant that his co-conspirators distributed or conspired to distribute in furtherance of the conspiracy, at least 5 kilograms but less than 15 kilograms of a mixture and substance containing a detectable amount of methamphetamine.

3. The defendant agreed with others, both known and unknown, to distribute peach tablets being held out as Adderall for monetary gain. The peach tablets were advertised as

Adderall through a darknet vendor using the moniker "addy4cheap." The defendant agreed with others to ship drugs ordered from "addy4cheap" on the Empire Market and Cryptonia through the U.S. Mail nationwide using postage paid for with cryptocurrency, specifically Bitcoin. The Empire Market and Cryptonia are both darknet markets which are hidden commercial websites that operate on a portion of the internet that is often referred to as the TOR network, darkweb, or darknet. The peach tablets that the defendant and his co-conspirators distributed were a mixture and substance that contained a detectable amount of methamphetamine.

4. Between August 2019 and December 2019, law enforcement agents conducted 20 controlled purchases from "addy4cheap" on both the Empire Market and Cryptonia for a total of 767 peach tablets received weighing approximately 268 grams total. The tablets received by law enforcement had markings of "A D" and "30" which is consistent with known markings for 30 milligram Adderall tablets.

5. To avoid detection, the defendant's co-conspirators (1) mailed drug parcels that did not have their true names and addresses listed as the return information, (2) deposited those parcels at various United States Parcel Service ("U.S.P.S.") collection boxes in the Eastern District of Virginia, (3) handled packages in a manner to avoid leaving fingerprints, and (4) operated in the late evening or early morning hours. Packages mailed by the defendant's co-conspirators resembled those obtained through controlled purchases made by law enforcement through "addy4cheap."

6. On or about December 9, 2019, pursuant to a search warrant, law enforcement searched the residence of one of the defendant's co-conspirators, Hon Lam LUK. In that residence, investigators found over 6,000 peach tablets weighing approximately 2.2 kilograms which resemble those advertised on "addy4cheap" vendor pages and those received by law

enforcement through controlled purchases. That residence also contained multiple envelopes, baggies, raisin boxes, a printer and other materials consistent with the packaging materials used in parcels obtained through controlled purchases from "addy4cheap." Approximately 400 grams of MDMA tablets, marijuana, vape cartidges, a money-counting machine, and U.S. currency were also found.

7. Also on or about December 9, 2019, pursuant to a search warrant, law enforcement searched the residence of two other of the defendant's co-conspirators, Tyler PHAM and Lien Kim Thi PHAN. In that residence law enforcement found 95 peach tablets resembling those advertised on "addy4cheap" vendor pages and those received during controlled purchases as well as 100 MDMA tablets. The peach tablets and the MDMA tablets were packaged in black foil bags similar to those received through law enforcement controlled purchases from "addy4cheap." In that residence was also U.S. currency, two pistols, and one shotgun.

8. Pursuant to these search warrants, investigators also seized several electronic devices from the defendant's co-conspirators. The seized devices contain communications involving the defendant and co-conspirators concerning "addy4cheap" customer addresses, quantity of tablets ordered, correspondence with customers, and instructions for how to mail materials and for storing the supply of purported Adderall tablets, among other topics.

9. The defendant communicated with co-conspirators in person and by phone using various messaging applications. The defendant coordinated the mailing of orders with coconspirators and was involved in purchasing supplies used in mailing the narcotics. Specifically, the defendant purchased on Amazon.com mylar bags, bubble mailers, postage labels, and a label printer, among other items.

10. The Empire Market lists "addy4cheap" as becoming a member on May 24, 2019. As of December 10, 2019, "addy4cheap" had completed 3,665 sales on the Empire Market and received 2,568 reviews. These reviews included negative feedback from different customers stating that the tablets sold by "addy4cheap" were pressed and contained methamphetamine. Each review lists the total amount spent in U.S. dollars by the reviewing customer. Based on these reviews, as of December 10, 2019, "addy4cheap" had received approximately $482,572.10 from its sales on the Empire Market for an approximate 44,872 pills sold. Cryptonia listed "addy4cheap" as becoming a member on June 29, 2019. As of November 7, 2019, "addy4cheap" had fulfilled 140 transactions on Cryptonia.

11. This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

12. The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

Date: December 8, 2020        By: _____
                                  Bibeane Metsch
                                  Jay V. Prabhu
                                  Assistant United States Attorneys

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, TRIEU NGHI NGUYEN HOANG, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
TRIEU NGHI NGUYEN HOANG

I am, John Edward Yancey Ellis, defendant's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
John Edward Yancey Ellis, Esq.
Counsel for TRIEU NGHI NGUYEN HOANG