**SENTENCING HEARING**                                Judge Leonie M. Brinkema
Date: 03/30/21                                        Reporter: A. Thomson
Start: 9:35am  End: 9:51am                            Pretrial Ofc Meyer present

# UNITED STATES of AMERICA          CASE NUMBER: 1:20cr266 (2)
Vs.

TRIEU NGUYEN HOANG

Counsel/Govt.: Bibean Metsch    Counsel/Deft.: John Ellis
Court adopts PSI [ ] without exceptions [ ] with the following
exceptions:_____

**SENTENCING GUIDELINES:**               Upon Motion of [ ] Deft [ ] Govt
Offense Level: __29__                    Court depart from G/L pursuant to:
Criminal History: __I__                  [ ] USSG 5K1.1
Imprisonment Range: _87_ to _108_ months [ ] USSG 5C1.2
Supervised Release Range: _2_ to _5_ years [ ] USSG 5K2.12
Restitution: $_____           [ ] USSG 5H1.4
Fine Range: $_30,000.00_ to $_10,000,000.00_  [ ] _____
Special Assessment: $__100.00__ per Count

**JUDGMENT of the COURT:**
BOP for __46__ months, with credit for time served
Supervised Release for __3__ Years
Supervised Probation for _____ Years
Restitution: $ _____ payable to _____
Fine: $ _____ [ ] Due Immediately [ ] Monthly payments of $_____
to begin _____ days from imposition of sentence/release
Special Assessment: $__100.00__ [ ]Satisfied [x] Due immediately
Fine/Costs Waived [x] Interest Waived [ ]

**SPECIAL CONDITIONS:**
___ Home Confinement for the first _____ days/months of supervision, at the
    deft=s expense, w/leave as directed by Court.
 x  Deft. to remain drug/alcohol free, In/Out patient treatment as directed.
    _x_ Deft to pay costs as able       _x_ Deft to waive privacy
 x  Deft. to participate in mental health evaluation with focus on gambling
addiction issues, medication, counseling as directed.
    _x_ Deft to pay costs as able       _x_ Deft to waive privacy
___ Pay Restitution of $ _____,[ ] Due Immediately [ ] Monthly
    payments of $_____to begin _____ days from release from custody.
 x  Access to all financial information/records
___ No New Credit/No Purchases over $_____ without prior approval.
___ Cooperate fully w/BICE, may not re-enter w/o permission during S/R.
___ Seek and maintain full time employment   ___Full-time education program
___ Drug Testing Waived
 x  Other: _no gambling activity_____

**RECOMMENDATION TO BOP:**

 x  Deft. to be designated to a Facility as close to Orange County, Calif.

 x  Residential Drug Abuse Treatment Program (RDAP)

___ Other: _____.

Defendant: [ ] Remanded [x] Self Surrender-not before 6/21/21 - Bond cont.

 Deft objections are overruled

 Deft advised of appeal rights